HON. JOSEPH R. LEWIS ........................ do.    do.

JOSEPH H. HOUGHTON........................... CLERK.

### AMOS STARK *vs.* JAMES JENKINS.

After the expiration of the time limited by law, for the bringing of a cause to this court for review, jurisdiction cannot be taken of it, even with the consent of parties.

Error to Second District.

*O. Humason, Caples & Moreland* and *S. C. Wingard* for plaintiff in error.

*J. C. Cartwright* and *J. M. Fletcher* for defendant in error.

Opinion by GREENE, Associate Justice.

The provision of our law that error be taken within three months after the close of the term, in which judgment was rendered, is in the interest of the commonwealth, that there be an end of litigation and is mandatory on the courts.

At the expiration of the time limited the cause of action, *transit in rem judicatam,* and no consent of parties nor willingness of judges can recall a controversy thus wisely, by limitation of our law, passed into the realm of ended suits.

Motion sustained.

LEWIS, Justice, dissented, resting his opinion upon the peculiar circumstances of the case, which were as follows:

The cause had, by an order of the court, been continued from the previous term and the parties ordered to file written briefs, which order had been complied with.

421

And upon the first day of the present term, defendant in error entered a general appearance and moved to dismiss.

Justice Lewis holding that such acts gave the court jurisdiction of the cause and estopped defendant in error from asking a dismissal.